Nancy E. Jewett, Appellant, v. Security Mutual Life Insurance Company, Respondent.— Interlocutory judgment affirmed, with costs, with

leave to the plaintiff to plead over within twenty days upon payment of the costs of the demurrer and of this appeal. All concurred.